UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80474-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

Magistrate Judge Snow

    Plaintiff,

vs.

THOMAS L. GEIS,

    Defendant.

_____/

### ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon Plaintiff United States of America's Motion for Summary Judgment [DE 8], filed herein on July 22, 2013.  The Court has carefully considered the Motion, and is otherwise fully advised in the premises.  As of the date of this Order, no response has been filed and the time for such filing has passed.  See S.D. Fla. L.R. 7.1(c)(1).

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant Thomas L. Geis shall show cause no later than August 19, 2013 why the instant Motion should not be granted.  A failure to timely respond may result in the Court granting Plaintiff United States of America's Motion for Summary Judgment [DE 8] by default.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 9th day of April, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Snow
Steven M. Davis, Esq.
Thomas L. Geis
6912 Mitchell Street

Jupiter, FL 33458