DATE 8-16-13

FILED by _____ D.C.
AUG 16 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

NOTICE OF Change Address:

Thomas L. GEIS   SS# LAST FOUR 4074

1346 E 2nd St.

Plainfield N.J. 07062

Cell Ph # 561-252-5631

CASE NO. 13-80474-CIV-DIMITROULEAS

INSTANT Motion BE denied

I AM iN NEW JERSEY

PLEASE GIVE COURT DAte iN NOVEMBER SO I CAN COME to COURT

Thank YOU
Thomas L. GEIS